Form B1 (Official Form 1) - (Rev. 04/10)  2010 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>WESTSIDE MEDICAL PARK, LLC | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>1801 CENTURY PARK EAST 23RD FLOOR<br>LOS ANGELES, CA<br>ZIP CODE 90067 | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>LOS ANGELES | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>1901 S. Bundy Dr., Los Angeles, CA 90025; 1925 S. Bundy Dr. Los Angeles, CA 90025,<br>1933 S. Bundy Dr., Los Angeles, CA 90025, 12333 W. Olympic Bl., Los Angeles, CA 90064 | ZIP CODE |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business** (Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. §101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] other
Health care development, commercial real estate, providing space for non-profits and consulting

**Tax-Exempt Entity** (Check **one** box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors:**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101 (51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300. *(amount subject to adjustment on 04/01/13 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE FOR COURT USE ONLY**

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] |


American LegalNet, Inc.
www.FormsWorkFlow.com

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

American LegalNet, Inc.
www.FormsWorkFlow.com

## Voluntary Petition
*(This page must be completed and filed in every case.)*

Name of Debtor(s): WESTSIDE MEDICAL PARK LLC

**Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)**

| Location Where Filed: | N/A | Case Number: | Date Filed: |
|---|---|---|---|
| Location Where Filed: |  | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)**

| Name of Debtor: | N/A | Case Number: | Date Filed: |
|---|---|---|---|
| District: |  | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☒ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)    Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification (11 U.S.C. § 362(1)).


American LegalNet, Inc.
www.FormsWorkFlow.com

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> WESTSIDE MEDICAL PARK LLC |
|---|---|

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. (If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U S C § 342(b) <br><br> I request relief in accordance with the chapter of title 11 United States Code specified in this petition <br><br> X _____ <br> Signature of Debtor <br><br> X _____ <br> Signature of Joint Debtor <br><br> _____ <br> Telephone Number (If not represented by attorney) <br><br> _____ <br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding and that I am authorized to file this petition <br><br> (Check only **one** box ) <br><br> ☐ I request relief in accordance with chapter 15 of title 11, United States Code Certified copies of the documents required by 11 U S C § 1515 are attached <br><br> ☐ Pursuant to 11 U S C § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached <br><br> X _____ <br> (Signature of Foreign Representative) <br><br> _____ <br> (Printed Name of Foreign Representative) <br><br> _____ <br> Date |

| Signature of Attorney | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X   s/John P. Kreis <br> Signature of Attorney for Debtor(s) <br> John P. Kreis <br> Printed Name of Attorney for Debtor(s) <br> John P. Kreis, PC <br> Firm Name <br> 350 S. Grand Ave., Suite 1520 <br> Address <br> Los Angeles, CA 90071 <br><br> 213.613.1049 <br> Telephone Number <br><br> 11/3/10                    103737 <br> Date                            Bar Number <br><br> *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U S C § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor as required in that section Official Form 19 is attached <br><br> _____ <br> Printed Name and title if any of Bankruptcy Petition Preparer <br><br> Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal responsible person or partner of the bankruptcy petition preparer ) (Required by 11 U S C § 110 ) <br><br> _____ <br> Address <br><br> X _____ <br>                                   Date <br><br> Signature of bankruptcy petition preparer or officer principal responsible person or partner whose Social Security number is provided above <br><br> Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual <br><br> If more than one person prepared this document attach additional sheets conforming to the appropriate official form for each person <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C § 110 18 U S C § 156* |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct and that I have been authorized to file this petition on behalf of the debtor <br><br> The debtor requests relief in accordance with the chapter of title 11 United States Code specified in this petition. <br> WESTSIDE MEDICAL PARK LLC <br> a California limited liability company <br><br> X  *[signature]* <br> Signature of Authorized Individual <br> Michael R. Lombardi <br> Printed Name of Authorized Individual <br>     President, Stonebridge Holdings Inc  a California corporation <br> Title of Authorized Individual <br>     Managing Member <br> Date | |

American LegalNet, Inc. www.FormsWorkFlow.com

| Attorney or Party Name, Address Telephone & FAX Numbers and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| John P. Kreis (103737)<br>350 S. Grand Ave., Suite 1520<br>Los Angeles, CA 90071<br>Tel:213.613.1049<br>Fax:213.330.0258<br>Email:jkreis@attglobal.net<br>☒ Attorney for: Debtor | |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br>WESTSIDE MEDICAL PARK, LLC<br><br>Debtor(s). | CASE NO: 2:10-bk-33116<br>CHAPTER: 11<br>ADV. NO.: |

## ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

☒ Petition, statement of affairs, schedules or lists     Date Filed: 11/3/10
☐ Amendments to the petition, statement of affairs, schedules or lists     Date Filed: _____
☐ Other: _____     Date Filed: _____

### PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____     11/3/10
Signature of Authorized Signatory of Filing Party     Date

Michael R. Lombardi
Printed Name of Authorized Signatory of Filing Party

President, Managing Member of Debtor
Title of Authorized Signatory of Filing Party

### PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

s/John P. Kreis     11/3/10
Signature of Attorney for Filing Party     Date

John P. Kreis
Printed Name of Attorney for Filing Party

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

November 2006

American LegalNet, Inc.
www.FormsWorkflow.com

**Exhibit "A"**

[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]

*[Caption as in Form 16B]*

# Exhibit "A" to Voluntary Petition

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on 11/2/10.

    a. Total assets                                                                 $ 89,485,946.67

    b. Total debts (including debts listed in 2.c., below)  $ 67,628,677.72

    c. Debt securities held by more than 500 holders.

    |   |   |   |   | Approximate Number of holders |
    |---|---|---|---|---|
    | ☐ secured | ☐ unsecured | ☐ subordinated | $ 0.00 | 0 |
    | ☐ secured | ☐ unsecured | ☐ subordinated | $ 0.00 | 0 |
    | ☐ secured | ☐ unsecured | ☐ subordinated | $ 0.00 | 0 |
    | ☐ secured | ☐ unsecured | ☐ subordinated | $ 0.00 | 0 |
    | ☐ secured | ☐ unsecured | ☐ subordinated | $ 0.00 | 0 |

    d. Number of shares of preferred stock              0                    0

    e. Number of shares common stock                      0                    0

    Comments, if any: Debtor is a limited liability company

3. Brief description of debtor's business: Health care development, commercial real estate and providing space for non-profits and consulting

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
Stonebridge Holdings, Inc.
The Nelson Living Trust

American LegalNet, Inc.
www.FormsWorkflow.com

# **CERTIFICATE OF RESOLUTION**

# **ADOPTED BY**

# **WESTSIDE MEDICAL PARK, LLC**

The undersigned being the President of Stonebridge Holdings, Inc. ("Stonebridge"), the managing member of Westside Medical Park, LLC, an organization existing under and by virtue of the laws of the State of California, hereby certifies the following resolutions were duly adopted by the limited liability company and the resolutions are in force and effect and have not been rescinded; and that the resolutions are not in conflict with the operating agreement of the limited liability company:

> RESOLVED that Michael Lombardi, President of Stonebridge, the managing member of the limited liability company be and is authorized to execute and file or cause to be filed a petition under chapter 11 of the United States Bankruptcy Code on behalf of Westside Medical Park, LLC.
>
> RESOLVED that the filing of a chapter 11 case on behalf of Westside Medical Park, LLC is in the best interest of the limited liability company and its members.
>
> RESOLVED John P. Kreis, P.C. be and is retained to act as general bankruptcy counsel for Westside Medical Park, LLC.
>
> RESOLVED that Westside Medical Park, LLC be and is authorized to borrow from Michael Lombardi or Stonebridge $25,000.00 to pay a portion of the retainer to pay John P. Kreis, PC.
>
> RESOLVED that Westside Medical Park, LLC be and is authorized to borrow from Michael Lombardi or Stonebridge an additional $125,000.00 to pay the balance of the retainer to John P. Kreis, PC.
>
> RESOLVED that Michael Lombardi is the individual designated to act of behalf of the limited liability company in all matters pertaining to the chapter 11 proceeding to be filed by Westside Medical Park, LLC including, but not limited to providing direction to counsel, executing documents and appearing in court as necessary.

Dated: November 3, 2010

WESTSIDE MEDICAL PARK, LLC
a California limited liability company

By:   Stonebridge Holdings Inc.
       A California corporation,
       Managing Member

By: _____
       Michael R. Lombardi
       President

# United States Bankruptcy Court

CENTRAL District Of CALIFORNIA

In re WESTSIDE MEDICAL PARK LLC,
    Debtor

Case No. _____

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

 Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidaated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Ronald A. Nelson<br>7374 Shiloh Ridge Road<br>Santa Rosa, CA 95403<br>(707) 576-7373 | Ronald A. Nelson<br>7374 Shiloh Ridge Road<br>Santa Rosa, CA 95403<br>(707) 576-7373 | Loan | | 912,216.00 |
| A.C.Martin Partners, Inc.<br>444 S. Flower Street, # 1200<br>Los Angeles, CA 90071<br>(213) 683-1900 | Chris Martin<br>A.C.Martin Partners, Inc.<br>444 S. Flower Street, # 1200<br>Los Angeles, CA 90071<br>(213) 683-1900 | Architect | | 392,675.00 |
| William Lippman Trust<br>10361 Lindbrook Drive<br>Los Angeles, CA 90024<br>(310) 274-2582 | William Lippman<br>10361 Lindbrook Drive<br>Los Angeles, CA 90024<br>(310) 274-2582 | Loan | | 255,000.00 |
| James C. Evans<br>8129 South 350 East<br>Lafayette, IN 47909<br>(765) 523-3185 | James Evans<br>8129 South 350 East<br>Lafayette, IN 47909<br>(765) 523-3185 | Loan | | 200,000.00 |
| Alston & Bird, LLP<br>333 S. Hope Street, 16th Floor<br>Los Angeles, CA 90071<br>(213) 576-1000 | Peter Nyquist<br>Alston & Bird, LLP<br>333 S. Hope Street, 16th Floor<br>Los Angeles, CA 90071<br>(213) 576-1000 | Legal services | | 175,931.00 |

*[Declaration as in Form 2]*

American LegalNet, Inc.
www.USCourtForms.com

| | | | |
|---|---|---|---:|
| Cerrell Associates<br>320 N. Larchmont Blvd.<br>Los Angeles, CA 90004<br>(323) 466-3445 | Kristen Montet Zouner<br>Cerrell Associates<br>320 N. Larchmont Blvd.<br>Los Angeles, CA 90004<br>(323) 466-3445 | Consultant | 128,777.00 |
| Armbruster, Goldsmith & Delvac, LLP<br>10940 Wilshire Blvd., Suite 2100<br>Los Angeles, CA 90024<br>(310) 209-8800 | Dale Goldsmith<br>Armbruster, Goldsmith & Delvac, LLP<br>10940 Wilshire Blvd., Suite 2100<br>Los Angeles, CA 90024<br>(310) 209-8800 | Legal sevices | 118,405.00 |
| Patricia A. Page<br>902 Blue Spring Drive<br>Westlake Village, CA 91361<br>(818) 889-6613 | Patricia A. Page<br>902 Blue Spring Drive<br>Westlake Village, CA 91361<br>(818) 889-6613 | Loan | 100,000.00 |
| Jeff Crossland<br>1223 Wilshire Blvd., # 1012<br>Los Angeles, CA 90403<br>(310) 477-5100 | Jeff Crossland<br>1223 Wilshire Blvd., # 1012<br>Los Angeles, CA 90403<br>(310) 477-5100 | Consultant | 74,000.00 |
| Dakota Communications<br>2999 Overland Avenue, Suite 210<br>Los Angeles, CA 90064<br>(310) 815-8444 | Rick Taylor<br>Dakota Communications<br>2999 Overland Avenue, Suite 210<br>Los Angeles, CA 90064<br>(310) 815-8444<br>Rick Taylor | Consultant | 63,297.00 |
| Walden Partners<br>5482 Wilshire Blvd.<br>Los Angeles, CA 90036<br>(323) 937-2396 | Jeff Walden<br>Walden Partners<br>5482 Wilshire Blvd.<br>Los Angeles, CA 90036<br>(323) 937-2396<br>Jeff Walden | Consultant | 30,000.00 |
| Garfield & Tepper<br>1801 Century Park East, Suite 2300<br>Los Angeles, CA 90067<br>(310) 277-1981 | Scott Tepper<br>Garfield & Tepper<br>1801 Century Park East, Suite 2300<br>Los Angeles, CA 90067<br>(310) 277-1981 | Legal fees | 20,670.00 |
| Burnside & Associates, Inc.<br>1311 S. Tremaine Avenue<br>Los Angeles, CA 90019<br>(323) 931-5501 | Sue Burnside<br>Burnside & Associates, Inc.<br>1311 S. Tremaine Avenue<br>Los Angeles, CA 90019<br>(323) 931-5501 | Consultant | 19,701.00 |
| Muir-Chase Plumbing, Inc.<br>4530 Brazil Street<br>Los Angeles, CA 90039<br>(818) 500-1940 | Jay Chase<br>Muir-Chase Plumbing, Inc.<br>4530 Brazil Street<br>Los Angeles, CA 90039<br>(818) 500-1940 | Plumbing | 17,920.00 |

*[Declaration as in Form 2]*

American LegalNet, Inc.
www.USCourtForms.com

| | | | | |
|---|---|---|---|---|
| Katten Muchin Rosenman, LLP<br>2029 Century Park East, Suite 2600<br>Los Angeles, CA 90067<br>(310) 788-4620 | Benny Westreich<br>Katten Muchin Rosenman, LLP<br>2029 Century Park East, Suite 2600<br>Los Angeles, CA 90067<br>(310) 788-4620 | | | |
| | | Legal fees | | 18,754.00 |
| Patrick & Dominique Cindric<br>11808 Hesby Street<br>Valley Village, CA 91607<br>(818) 763-1580 | Patrick & Dominique Cindric<br>11808 Hesby Street<br>Valley Village, CA 91607<br>(818) 763-1580 | Loan | | 15,000.00 |
| Hirsch/Green Transportation Consulting Inc.<br>13333 Ventura Blvd., Suite 204<br>Sherman Oaks, CA 91423<br>(818) 325-0530 | Ron Hirsch<br>Hirsch/Green Transportation Consulting Inc.<br>13333 Ventura Blvd., Suite 204<br>Sherman Oaks, CA 91423<br>(818) 325-0530 | Consultant | | 13,663.00 |
| CAJA Environmental Services<br>11990 San Vicente Blvd. Ste 200<br>Los Angeles, CA 90049<br>(310) 469-6700 | CAJA Environmental Services<br>11990 San Vicente Blvd. Ste 200<br>Los Angeles, CA 90049<br>(310) 469-6700 | Consultant | | 13,604.00 |
| Bowyer Environmental Consulting, Inc.<br>17011 Beach Blvd., Suite 900<br>Huntington Beach, CA 92647<br>(877) 232-4620 | Brett Bowyer<br>Bowyer Environmental Consulting, Inc.<br>17011 Beach Blvd., Suite 900<br>Huntington Beach, CA 92647<br>(877) 232-4620 | Consultant | Consultant | 10,970.00 |
| Richard A. Stonely<br>1820 Crystal View Circle<br>Newbury Park, CA 91320<br>(805) 375-4347 | Richard A. Stonely<br>1820 Crystal View Circle<br>Newbury Park, CA 91320<br>(805) 375-4347 | Loan | | 75,000.00 |

Date: 11/3/10

WESTSIDE MEDICAL PARK LLC
a California limited liability company
    By Stonebridge Holdings, Inc.,
    a California corporation
    Managing Member

_____
Debtor
   Michael R. Lombardi, President

*[Declaration as in Form 2]*

American LegalNet, Inc.
www.USCourtForms.com

| | | | | |
|---|---|---|---|---|
| Katten Muchin Rosenman, LLP<br>2029 Century Park East, Suite 2600<br>Los Angeles, CA 90067<br>(310) 788-4620 | Benny Westreich<br>Katten Muchin Rosenman, LLP<br>2029 Century Park East, Suite 2600<br>Los Angeles, CA 90067<br>(310) 788-4620 | Legal fees | | 18,754.00 |
| Patrick & Dominique Cindric<br>11808 Hesby Street<br>Valley Village, CA 91607<br>(818) 763-1580 | Patrick & Dominique Cindric<br>11808 Hesby Street<br>Valley Village, CA 91607<br>(818) 763-1580 | Loan | | 15,000.00 |
| Hirsch/Green Transportation Consulting Inc<br>13333 Ventura Blvd, Suite 204<br>Sherman Oaks, CA 91423<br>(818) 325-0530 | Ron Hirsch<br>Hirsch/Green Transportation Consulting Inc<br>13333 Ventura Blvd, Suite 204<br>Sherman Oaks, CA 91423<br>(818) 325-0530 | Consultant | | 13,663.00 |
| CAJA Environmental Services<br>11990 San Vicente Blvd Ste 200<br>Los Angeles, CA 90049<br>(310) 469-6700 | CAJA Environmental Services<br>11990 San Vicente Blvd Ste 200<br>Los Angeles, CA 90049<br>(310) 469-6700 | Consultant | | 13,604.00 |
| Bowyer Environmental Consulting, Inc.<br>17011 Beach Blvd, Suite 900<br>Huntington Beach, CA 92647<br>(877) 232-4620 | Brett Bowyer<br>Bowyer Environmental Consulting, Inc.<br>17011 Beach Blvd, Suite 900<br>Huntington Beach, CA 92647<br>(877) 232-4620 | Consultant | Consultant | 10,970.00 |
| Richard A Stonely<br>1820 Crystal View Circle<br>Newbury Park, CA 91320<br>(805) 375-4347 | Richard A Stonely<br>1820 Crystal View Circle<br>Newbury Park, CA 91320<br>(805) 375-4347 | Loan | | 75,000.00 |

Date: 11/3/10

WESTSIDE MEDICAL PARK LLC
a California limited liability company
By Stonebridge Holdings, Inc.,
a California corporation
Managing Member

Debtor
Michael R. Lombardi, President

*[Declaration as in Form 2]*

American LegalNet, Inc.
www.USCourtForms.com

# MASTER MAILING LIST

WESTSIDE MEDICAL PARK LLC
1801 Century Park East, 23rd Flr.
Los Angeles, CA 90067-2325

John P Kreis
John P Kreis, PC
350 S Grand Ave Ste 1520
Los Angeles, CA 90071-3471

Office of the US Trustee
725 S. Figueroa St.
Los Angeles, CA 90017

IRS Mail Drop 5027
300 N. Los Angeles St.
Los Angeles, CA 90012

Franchise Tax Board
POB 2952
Sacramento, CA 95812-2952

Merlone Geier Partners, LP
425 California Street, 11th Floor
San Francisco, CA 94104

Tectonics Construction, Inc.
1005 W. 190th Street
Gardena, CA 90248

A.C.Martin Partners, Inc.
444 S. Flower Street, Suite 1200
Los Angeles, CA 90071

Alston & Bird, LLP
333 S. Hope Street, 16th Floor
Los Angeles, CA 90071

Armbruster, Goldsmith & Delvac, LLP
10940 Wilshire Blvd., Suite 2100
Los Angeles, CA 90024

Bowyer Environmental Consulting, Inc.
17011 Beach Blvd., Suite 900
Huntington Beach, CA 92647

Burnside & Associates, Inc.
1311 S. Tremaine Avenue
Los Angeles, CA 90019

Cerrell Associates
320 N. Larchmont Blvd.
Los Angeles, CA 90004

CAJA Environmental Services, LLC
11990 San Vicente Blvd. Ste 200
Los Angeles, CA 90049

Dakota Communications
2999 Overland Avenue, Suite 210
Los Angeles, CA 90064

Garfield & Tepper
1801 Century Park East, Suite 2300
Los Angeles, CA 90067

Hirsch/Green Transportation Consulting Inc.
13333 Ventura Blvd., Suite 204
Sherman Oaks, CA 91423

Irell & Manella, LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067

Katten Muchin Rosenman, LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067

City of Los Angeles
200 N. Spring Street, Room 570
Los Angeles, CA 90012

Los Angeles Area Chamber of Commerce
350 S. Bixel Street
Los Angeles, CA 90017

Muir-Chase Plumbing, Inc.
4530 Brazil Street
Los Angeles, CA 90039

Riggs & Riggs
4195 Valley Fair Street, Suite 207
Simi Valley, CA 93063

Saf-r-Dig
41-905 Boardwalk, Suite A
Palm Desert, CA 92211

Main Document    Page 16 of 19

Shimahara Illustration
2601 Ocean Park Blvd., Suite 114
Santa Monica, CA 90405

Walden Partners
5482 Wilshire Blvd.
Los Angeles, CA 90036

Jeff Crossland
1223 Wilshire Blvd., # 1012
Los Angeles, CA 90403

James C. Evans
8129 South 350 East
Lafayette, IN 47909

Ronald A. Nelson
7374 Shiloh Ridge Road
Santa Rosa, CA 95403

William Lippman Trust
10361 Lindbrook Drive
Los Angeles, CA 90024

Richard A. Stonely
1820 Crystal View Circle
Newbury Park, CA 91320

Patricia A. Page
902 Blue Spring Drive
Westlake Village, CA 91361

Patrick & Dominique Cindric
11808 Hesby Street
Valley Village, CA 91607

Bernie Little
P.O. Box 87
Kirkland, WA 98083-0087

David Yamamoto
12062 Juniette Street
Culver City, CA 90230

Cosco Fire Protection, Inc.
1075 W. Lambert Road, Bldg. D
Brea, CA 92821-2944

The Nelson Living Trust
7374 Shiloh Ridge Road
Santa Rosa, CA 95403

The Lippman Living Trust
10361 Lindbrook Drive
Los Angeles, CA 90024

John and Laura Fisher
877 Blue Spring Dr.
Westlake Village, CA 91361

Edward L Schneider
1946 N. Serrano Avenue
Los Angeles, CA 90027

James W and Dawn M Feeny Trust
2526 Young Avenue
Thousand Oaks, CA 91360

Joel Davis and Eva W. Davis Trust
954 Flintridge Avenue
La Canada, CA 91011-3905

Richard A Stonely and Suzan D Stonely Living Trust
1820 Crystal View Circle
Newbury Park, CA 91320

David P and Patricia A Page
902 Blue Spring Drive
West Lake Village, CA 91361

Felber/Erickson Revocable Trust
2210 Third St., #107
Santa Monica, CA 90405

The David L Evans Trust
8129 South 350 East
Lafayette, IN 47909

Stonebridge Holdings, Inc.
1801 Century Park East, 23rd Fl
Los Angeles, CA 90067-2325

Legal Vision Consulting Group, Inc.
1801 Century Park East, #350
Los Angeles, CA 90067-2325

First American Title Insurance Company
777 South Figueroa Street, Ste 400
Los Angeles, CA 90017

Dominique F Cindric
11808 Hesby Street
Valley Village, CA 91607