Attorney or Party Name Address Telephone & FAX Number and California State Bar Number | FOR COURT USE ONLY

John P Kreis (103737)

350 S Grand Ave , Suite 1520
Los Angeles, CA 90071
**Tel:**213 613 1049
Fax:213 330 0258
Email:jkreis@attglobal net
☒ *Attorney for:* Debtor

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:
WESTSIDE MEDICAL PARK, LLC

Debtor(s)

CASE NO : 2:10-BK-57457-VZ

CHAPTER: 11

ADV. NO.:

## ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

☒ Petition, statement of affairs, schedules or lists      Date Filed: 11/3/10
☒ Amendments to the petition, statement of affairs, schedules or lists      Date Filed: 11/16/10
☒ Other: Schedules, Statement of Financial Affairs      Date Filed: 11/16/10

## PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California

_____      11/17/10
*Signature of Authorized Signatory of Filing Party*      Date

Michael R. Lombardi
*Printed Name of Authorized Signatory of Filing Party*

President, Managing Member
*Title of Authorized Signatory of Filing Party*

## PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties

s/John P. Kreis _____      11/17/10

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California

*November 2006*

American LegalNet, Inc.
www.FormsWorkflow.com

| Party Name, Address, and Telephone Number *(CA State Bar No. If Applicable)* | FOR COURT USE ONLY |
|---|---|
| John P. Kreis 103737<br>John P. Kreis, PC<br>350 S. Grand Ave., Suite 1520<br>Los Angeles, CA 90071<br>Tel:213.613.1049<br>Fax:213.330.0258<br>Attorney for Debtor | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>WESTSIDE MEDICAL PARK, LLC<br><br>Debtor. | CHAPTER 11<br><br>CASE NUMBER 2:10-bk-57457-VZ<br><br>(No Hearing Required) |
|---|---|

## VENUE DISCLOSURE FORM
## FOR CORPORATIONS FILING CHAPTER 11
### (Required by General Order 97-02)

*\*Attach additional sheets as necessary and indicate so in each section\**

1.    Specify the address of the principal office of the Debtor currently on file with the California Secretary of State *(from Form S0100, S0200, or S0300)*:
1801 Century Park East, 23rd Flr.
Los Angeles, CA 90067

2.    Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:
1801 Century Park East, 23rd Flr.
Los Angeles, CA 90067

3.    Disclose the current business address(es) for all corporate officers:
1801 Century Park East, 23rd Flr.
Los Angeles, CA 90067

4.    Disclose the current business address(es) where the Debtor's books and records are located:
1801 Century Park East, 23rd Flr.
Los Angeles, CA 90067

American LegalNet, Inc.
www.FormsWorkflow.com

Venue Disclosure Form for Corporations Filing Chapter 11 - Page Two (2)

**VEN-C**

| In re<br>WESTSIDE MEDICAL PARK, LLC | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER 2:10-bk-57457-VZ |

5    List the address(es) where the majority of the Debtor's assets are located based on a book value determination as
     set forth on the Debtor's most recent balance sheet:
     1901 S  Bundy Dr , Los Angeles, CA 90064; 1925 S  Bundy Dr , Los Angeles, CA 90064; 1933 S  Bundy Dr ,
     Los Angeles  CA 90064; and 12333 W  Olympic Blvd , Los Angeles, CA 90064

6    Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state
     the reasons for the change in address(es):

7    State the name and address of the officer signing this Statement and the relationship of such person to the Debtor
     (specify).
     Michael R  Lombardi, President, Stonebridge Holdings, Inc , Managing Member

8    Total number of attached pages of supporting documentation:  ____0____

9    I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and
     correct

Executed on the t day of November , 2010, at Los Angeles, California

Michael R. Lombardi
*Type Name of Officer*

President, Managing Member
*Position or Title of Officer*

_____
*Signature of Declarant*

American LegalNet  Inc.
www.FormsWorkflow.com

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1   A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof  If none, so indicate  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s) )

NONE

2   (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof  If none, so indicate  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s) )

3   (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof  If none, so indicate  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s) )

NONE

4   (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof  If none, so indicate  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s) )

I declare, under penalty of perjury, that the foregoing is true and correct

Executed at Los Angeles,                   , California

Dated  **November 17th, 2010**

_Debtor_
Michael R Lombardi, President, Managing Member

_Joint Debtor_

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California

**F 1015-2.1**

American LegalNet Inc.
www.FormsWorkflow.com

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## CENTRAL District Of CALIFORNIA

In re  WESTSIDE MEDICAL PARK, LLC,                                    Case No. 2:10-bk-57457-VZ
                        Debtor

                                                                     Chapter 11

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $  89,472,000.00 | | |
| B - Personal Property | Yes | 3 | $   3,631,966.46 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $   61,254,543.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 4 | | $      153,940.33 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | $   2,790,095.62 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | $ |
| J - Current Expenditures of Individual Debtors(s) | No | 0 | | | $ |
| TOTAL | | 20 | $  93,103,966.46 | $   64,198,578.95 | |

American LegalNet, Inc.
www.FormsWorkflow.com

B6A (Official Form 6A) (12/07)

In re  WESTSIDE MEDICAL PARK, LLC                ,                    Case No.  2:10-bk-57457-VZ
                    **Debtor**                                                            **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Commercial property at 1901 S. Bundy Dr. Los Angeles, CA 90064 | Fee simple | N/A | | |
| Commercial property at 1925 S. Bundy Dr. Los Angeles, CA 90064 | Fee simple | N/A | | |
| Commercial property at 1933 S. Bundy Dr. Los Angeles, CA 90064 | Fee simple | N/A | | |
| Commercial property at 12333 W. Olympic Blvd. Los Angeles, CA 90064 | Fee simple | N/A | 89,472,000.00 | 61,105,000.00 |
| | | Total➤ | 89,472,000.00 | |

(Report also on Summary of Schedules.)

American LegalNet, Inc.
www.FormsWorkflow.com

**B6B (Official Form 6B) (12/07)**

In re <u>Westside Medical Park LLC</u> **,**                              Case No. <u>2:10-bk-57457-VZ</u>
              **Debtor**                                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."  If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account East West Bank 1900 Avenue of the Stars Los Angeles, Ca 90067 | N/A | 14,056.46 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |

American LegalNet, Inc.
www.FormsWorkflow.com

B6B (Official Form 6B) (12/07) -- Cont.

In re Westside Medical Park,LLC,                              Case No. 2:10-bk-57457-VZ
        **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND,WIFE,JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Receivable from Stonebridge Holdings,Inc - managing member of Debtor<br><br>Receivable from Michael R Lombardi - President of managing member of Debtor | | 3,617,910.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

American LegalNet, Inc.
www.FormsWorkflow.com

**B6B (Official Form 6B) (12/07) -- Cont.**

In re Westside Medical Park,                                      Case No. 2:10-bk-57457-VZ
　　　　　　　　Debtor                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41 A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

　　　　　　　　　　　　　　　　　　　　　0　　continuation sheets attached　　Total ➤　　$　　　　　3,631,966.46

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

American LegalNet, Inc.
www.FormsWorkflow.com

**B6D (Official Form 6D) (12/07)**

In re Westside Medical Park LLC ,                    Case No. 2:10-bk - 57457-VZ
            **Debtor**                                                    **(If known)**

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Merlone Geier Partners,L.P. 425 California St., 11 th Floor san francisco, CA 94104 | | N/A | 8/28/2008 Trust Deed VALUE $89,472,000.00 | | | | 61,105,000.00 | |
| ACCOUNT NO. Tectonics Construction.Inc. 1005 W 190th Street Gardena, CA 90248 | | | 9/16/2010 Mechanics Lien VALUE $89,472,000.00 | | | X | 149,543.00 | |
| ACCOUNT NO. | | | VALUE $ | | | | | |

<u>0</u> continuation sheets attached

| | | |
|---|---|---|
| Subtotal ▶ (Total of this page) | $  61,254,543.00 | $  0.00 |
| Total ▶ (Use only on last page) | $  61,254,543.00 | $ |

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

**B6E (Official Form 6E) (04/10)**

**In re** <u>Westside Medical Park LLC</u>                    **Case No.** <u>2:10-bk-57457-VZ</u>
                    **Debtor**                                                                          **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*


American LegalNet, Inc.
www.FormsWorkFlow.com

**B6E (Official Form 6E) (04/10) – Cont.**

In re  Westside Medical Park LLC                                    Case No. 2:10-bk-57457-VZ
            **Debtor**                                                                    **(if known)**

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____  continuation sheets attached


American LegalNet, Inc.
www.FormsWorkFlow.com

B6E (Official Form 6E) (04/10) – Cont.

In re Westside Medical Park LLC                                    Case No. 2:10-bk-57457-VZ
           **Debtor**                                                                         **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 4259 018 007<br><br>Los Angeles County Tax Collector<br>P.O. Box 54018<br>Los Angeles, Ca 90054 | | N/A | 11/1/2010<br><br>Real Property taxes | | | | 20,884.95 | 20,884.95 | |
| Account No. 4259 018 008<br><br>Los Angeles County  tax Collector<br>P.O. 54018<br>Los Angeles,Ca 90054 | | N/A | 11/1/2010<br><br>Real Property taxes | | | | 10,370.94 | 10,370.94 | |
| Account No. 4259 019 010<br><br>Los Angeles County Tax Collector<br>P. O. Box 54018<br>Los Angeles,Ca  90054 | | N/A | 11/1/2010<br><br>Real Property taxes | | | | 26,047.84 | 26,047.84 | |
| Account No. 4259 019 012<br><br>Los Angeles County Tax Collector<br>P.O. Box 54018<br>Los Angeles,Ca  90054 | | N/A | 11/1/2010<br><br>Real Property taxes | | | | 5,695.28 | 5,695.28 | |

Sheet no. 1 of 2 continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals➤
(Totals of this page)    $ 62,999.01    $ 62,999.01    0.00

Total➤
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)    $

Totals➤
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)    $    $



American LegalNet, Inc.
www.FormsWorkFlow.com

**B6E (Official Form 6E) (04/10) – Cont.**

In re WESTSIDE MEDICAL PARK, LLC _____          Case No. 2:10-bk-57457-VZ _____
                    **Debtor**                                                      **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 4259 019 013<br><br>Los Angeles County tax Collector<br>P.O. Box 54018<br>Los Angeles, Ca 90054 | | N/A | 11/1/2010<br><br>Real Property taxes | | | | 90,941.32 | 90,941.32 | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no. 2 of 2 continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)       $ 90,941.32   $ 90,941.32   0.00

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)       $ 153,940.33

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)       $ 153,940.33   $


American LegalNet, Inc.
www.FormsWorkFlow.com

**B6F (Official Form 6F) (12/07)**

In re Westside Medical Park LLC ,                                    Case No. 2:10-bk-57457-VZ
         _____                                      _____
                    **Debtor**                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>A.C. Martin Partners Inc.<br>444 S. Flower Street, Ste. 1200<br>Los Angeles, CA 90071 | | | 03/30/09 Architect | | | | 392,675.39 |
| ACCOUNT NO.<br>Alston & Bird, LLP<br>333. S. Hope Street, 16th Floor<br>Los Angeles, CA 90071 | | | 08/14/09 Legal | | | | 175,931.59 |
| ACCOUNT NO.<br>Armbruster, Goldsmith & Delvac LLP<br>10940 Wilshire Blvd., Ste.2100<br>Los Angeles, CA 90024 | | | 04/30/10 Legal | | | | 118,405.14 |
| ACCOUNT NO.<br>Bowyer Environmental Consulting, Inc.<br>17011 Beach Blvd., Ste 900<br>Huntingdon Beach, CA 92647 | | | 08/09/10 Consultant | | | | 10,967.69 |

Subtotal▶  $    697,979.81

7 continuation sheets attached

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

**B6F (Official Form 6F) (12/07) - Cont.**

In re Westside Medical Park, LLC, _____     Case No. 2:10-bk-57457-VZ _____
          **Debtor**                                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Breen Engineering, Inc.<br>1983 West 190th Street, Ste 200<br>Torrance, CA 90504 | | | 06/30/10 Consultant | | | | 3,300.00 |
| ACCOUNT NO.<br>Burnside & Associates, Inc.<br>1311 S. Tremaine Avenue<br>Los Angeles, CA 90019 | | | 04/01/10 Consultant | | | | 19,701.00 |
| ACCOUNT NO.<br>Cerrell & Associates<br>320 N. Larchmont Blvd.<br>Los Angeles, CA 90004 | | | 03/31/10 Consultant | | | | 128,777.47 |
| ACCOUNT NO.<br>Christopher A. Joseph &<br>Associates, Inc.<br>c/o Mary O. O'Neill<br>4640 Admiralty Way, 5th Floor<br>Marina Del Rey, CA 90292 | | | 04/09/10 Consultant | | | | 13,604.02 |
| ACCOUNT NO.<br>Dakota Communications<br>2999 Overland Ave., Suite 210<br>Los Angeles, CA 90064 | | | 05/15/10 Consultant | | | | 63,297.30 |

Sheet no. 2 of 8 continuation sheets attached to Schedule of
Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $    228,679.79

Total ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

**B6F (Official Form 6F) (12/07) - Cont.**

In re WESTSIDE MEDICAL PARK, LLC, _____    Case No. 2:10-bk-57457-VZ _____
           **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Cosco Fire Protection, Inc. <br> 1075 W. Lambert Road, Bldg. D <br> Brea, CA 92821-2944 | | | 10/31/10 alarm services | | | | 817.45 |
| ACCOUNT NO. <br><br> First American Title Insurance Company <br> 777 S. Figueroa Street, Suite 400 <br> Los Angeles, CA 90071 | | | 11/25/10 title report | | | | 49.00 |
| ACCOUNT NO. <br><br> Garfield & Tepper <br> 1801 Century Park East, 23rd FL <br> Los Angeles, CA 90067 | | | 09/30/10 legal fees | | | | 21,524.18 |
| ACCOUNT NO. <br><br> Hirsch/Green Transportation Consulting, Inc. <br> 13333 Ventura Boulevard, Ste 204 <br> Sherman Oaks, CA 91423 | | | 05/1/10 traffic consulting | | | | 13,663.25 |
| ACCOUNT NO. <br><br> Irell & Manella, LLP <br> 1800 Avenue of the Stars, Ste.900 <br> Los Angeles, CA 90067 | | | 08/30/10 legal | | | | 2,186.99 |

Sheet no. 3 of 8 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $      36,053.88

Total▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

$

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

In re WESTSIDE MEDICAL PARK, LLC,_____    Case No. 2:10-bk-57457-VZ_____
         **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. |  |  |  |  |  |  |  |
| Katten Muchin Rosenman LLP 2029 Century Park East, Ste.2600 Los Angeles, CA 90067 |  |  | 07/08/10 legal |  |  |  | 18,754.00 |
| ACCOUNT NO. |  |  |  |  |  |  |  |
| City of Los Angeles 200 N. Spring Street, Room 570 Los Angeles, CA 90012 |  |  | 07/06/10 City planning fees |  |  |  | 1,355.65 |
| ACCOUNT NO. |  |  |  |  |  |  |  |
| Los Angeles Department of Water and Power 111 North Hope Street, Room 1550 Los Angeles, CA 90012-2694 |  |  | 11/01/10 utilities |  |  |  | 16.17 |
| ACCOUNT NO. |  |  |  |  |  |  |  |
| Legal Vision Consulting Group, Inc. 1801 Century Park East, Ste 350 Los Angeles, CA 90067 |  |  | 11/12/10 photocopy services |  |  |  | 410.01 |
| ACCOUNT NO. |  |  |  |  |  |  |  |
| Bernie Little P.O. Box 87 Kirkland, WA 98083-0087 |  |  | 07/30/10 accounting |  |  |  | 585.00 |

Sheet no. 4 of 8 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $    20,726.99

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

**B6F (Official Form 6F) (12/07) - Cont.**

In re WESTSIDE MEDICAL PARK, LLC,_____          Case No. 2:10-bk-57457-VZ_____
_____Debtor_____                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Los Angeles Area Chamber of Commerce 350 S. Bixel Street Los Angeles, CA 90017 | | | 08/01/10 dues | | | | 1,530.00 |
| ACCOUNT NO. | | | | | | | |
| Stanley Miks 11043 Westwood Blvd. Culver City, CA 90230 | | | 08/31/10 repairs | | | | 308.93 |
| ACCOUNT NO. | | | | | | | |
| Muir-Chase Plumbing, Inc. 4530 Brazil Street Los Angeles, CA 90039 | | | 07/29/10 repairs and service | | | | 17,920.00 |
| ACCOUNT NO. | | | | | | | |
| Riggs & Riggs, Inc. 4195 Valley Fair Street, Ste.207 Simi Valley, CA 93063 | | | 09/23/10 appraiser | | | | 5,000.00 |
| ACCOUNT NO. | | | | | | | |
| Saf-r-Dig 41-905 Boardwalk, Ste. A Palm Desert, CA 92211 | | | 06/06/10 repairs | | | | 3,450.00 |

Sheet no 5 of 8 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▸   $   24,758.93

Total▸   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

**B6F (Official Form 6F) (12/07) - Cont.**

In re WESTSIDE MEDICAL PARK, LLC,                              Case No. 2:10-bk-57457-VZ
_____                                        _____
            **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Shimahara Illustration<br>2601 Ocean Park Blvd., Ste 114<br>Santa Monica, CA 90405 | | | 07/11/10 consultant | | | | 1,280.00 |
| ACCOUNT NO.<br>Walden Partners<br>5482 Wilshire Blvd.<br>Los Angeles, CA 90036 | | | 06/26/10 consultant | | | | 36,000.00 |
| ACCOUNT NO.<br>David Yamamoto<br>12062 Juniette Street<br>Culver City, CA 90230 | | | 10/15/10 landscaper | | | | 1,400.00 |
| ACCOUNT NO.<br>Jeff Crossland<br>1223 Wilshire Blvd., #1012<br>Los Angeles, CA 90403 | | | 07/1/09 consultant | | | | 69,000.00 |
| ACCOUNT NO.<br>James Evans<br>8129 South 350 East<br>Lafayette, IN 47909 | | | 07/14/08 loan | | | | 200,000.00 |

Sheet no 6 of 8 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $   312,680.00

Total▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)   $

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

In re WESTSIDE MEDICAL PARK, LLC,                           Case No. 2:10-bk-57457-VZ
                    Debtor                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Ronald A. Nelson <br> 7374 Shiloh Ridge Road <br> Santa Rosa, CA 95403 | | | 12/21/07 loan | | | | 987,216.22 |
| ACCOUNT NO. <br> William Lippman <br> 10361 Lindbrook Drive <br> Los Angeles, CA 90024 | | | 05/19/08 loan | | | | 280,000.00 |
| ACCOUNT NO. <br> Richard A. Stonely <br> 1820 Crystal View Circle <br> Newbury Park, CA 91320 | | | 04/02/10 loan | | | | 75,000.00 |
| ACCOUNT NO. <br> David & Patricia Page <br> 902 Blue Spring Drive <br> Westlake Village, CA 91361 | | | 6/10/10 loan | | | | 100,000.00 |
| ACCOUNT NO. <br> Patrick & Dominique Cindric <br> 11808 Hesby Street <br> Valley Village, CA 91607 | | | 08/07/10 loan | | | | 15,000.00 |

Sheet no. 7 of 8 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  1,457,216.22

Total▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)  $

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

In re WESTSIDE MEDICAL PARK, LLC,_____                Case No. 2:10-bk-57457-VZ_____
                        Debtor                                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Curb Your Enthusiasm, Inc. Season 8 3000 W. Olympic Blvd., Bldg. 3 Santa Monica, CA 90404 | | | 09/09/10 Security deposit refund | | | | 12,000.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. 8 of 8 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $ 12,000.00

Total▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)   $ 2,790,095.62

American LegalNet, Inc.
www.FormsWorkflow.com

**B6G (Official Form 6G) (12/07)**

In re <u>Westside Medical Park LLC</u>                                    Case No. <u>2:10-bk-57457-VZ</u>
               **Debtor**                                                                      **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Associated American Development Corp<br>9100 N. Kendall Drive<br>Miami, Fl 33176 | Consulting Contract - Debtor has contracted to provide feasibility study, site plans, cost analysis & basic design for prospective users. |
| Rubicon Project<br>1925 S Bundy Drive<br>Los Angeles,Ca  90025 | Commercial Lease agreement  - Debtor is landlord |
| Rubicon Project<br>1933 S Bundy Drive<br>Los Angeles, Ca 90025 | Commercial lease agreement - Debtor is landlord |
| Heart of Compassion<br>C/O Eric Tietze<br>600 South maple Avenue<br>Montebello, Ca  90640 | Commercial lease agreement - Debtor is landlord |
| Spirit EMX,LLC<br>1990 S Bundy Drive, Suite 260<br>Los Angeles, Ca 90025 | Parking lease agreement - Debtor is landlord |
| E! Entertainment<br>5750 Wilshire Blvd<br>Los Angeles,Ca 900356 | Parking lease agreement - Debtor is landlord |
| Hulu,LLC<br>12312 W Olympic Blvd<br>Los Angeles, Ca 90064 | Parking lease agreement - Debtor is landlord |

American LegalNet, Inc.
www.FormsWorkflow.com

In re <u>Westside Medical Park, LLC</u>                                    Case No.    <u>2:10-bk-57457-VZ</u>

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

---

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State Whether lease is for nonresidential real property. State contract number of any governmental contract |
|---|---|
| Point. 360<br>2777 N. Ontario Street<br>Burbank, CA 91504 | Parking Lease contract – debtor is landlord |

**B6H (Official Form 6H) (12/07)**

In re  Westside Medical Park LLC ,                          Case No.   2:10-bk-57457-VZ
        **Debtor**                                                    **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

American LegalNet, Inc.
www.FormsWorkflow.com

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  WESTSIDE MEDICAL PARK, LLC_____,          Case No.  2:10-bk-57457-VZ
                    Debtor                                                          (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information and belief

Date _____          Signature _____
                                                                                                Debtor

Date _____          Signature _____
                                                                                          (Joint Debtor, if any)

[If joint case, both spouses must sign]

----------------------------------------------------------------------------------------------------

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any                          Social Security No.
of Bankruptcy Petition Preparer                                      (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____

_____
Address

X _____          _____
   Signature of Bankruptcy Petition Preparer                        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

----------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the  President _____[the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the  Managing Member of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___21___ sheets (Total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief.

Date  November 17th, 2010_____          Signature _____

                                                                    Michael R. Lombardi
                                                      [Print or type name of individual signing on behalf of debtor ]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor ]*

----------------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

American LegalNet, Inc.
www.FormsWorkflow.com

B7 (Official Form 7) (04/10)

# UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

In re: <u>Westside Medical Park LLC</u>          Case No. <u>2:10-bk-57457-VZ</u>
             Debtor                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

    **1.**   **Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

              AMOUNT                                                       SOURCE

| | |
|---|---|
| 721,430.00 | 2008 Business Income |
| 1,027,468.00 | 2009 Business Income |
| 730,256.00 | Est 2010 Business Income |

**2.    Income other than from employment or operation of business**

None ☒

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                          SOURCE

---

**3.    Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None ☒

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☒

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850[1]. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

---

[1] *Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*


American LegalNet, Inc.
www.FormsWorkFlow.com

3

None
☐

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| see attached schedule | | | |

**4.    Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Tectonics v. Westside Medical Park,LLC | Mechanics Lien | LASC | on appeal |
| BC377445 | | | |

None
☐

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Tectonics Construction,Inc. | 9/16/2010 | Debtor's real property $89,472,000.00 |

**5.    Repossessions, foreclosures and returns**


American LegalNet, Inc.
www.FormsWorkFlow.com

4

None 

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

**6. Assignments and receiverships**

None 

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE Of PROPERTY |
| --- | --- | --- | --- |

---

**7. Gifts**

None

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |


American LegalNet, Inc.
www.FormsWorkFlow.com

**8.    Losses**

None ☒

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

**9.    Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| John Kreis 350 S. Grand Ave Los Angeles, CA 90071 | 10/28/2010 11/3/2010 | 25,000.00 125,000.00 |

---

**10.  Other transfers**

None ☒

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ☒

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11.  Closed financial accounts**


American LegalNet, Inc.
www.FormsWorkFlow.com

6

None

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| East West Bank 1900 Avenue of the Stars Los Angeles, Ca 90067 | Checking account 5178 14,056.46 | closed 11/4/2010 |

**12.  Safe deposit boxes**

None 

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None ☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|


American LegalNet, Inc.
www.FormsWorkFlow.com

**15.  Prior address of debtor**

None


If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                 NAME USED                                 DATES OF OCCUPANCY

**16.  Spouses and Former Spouses**

None


If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17.  Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None


a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME               NAME AND ADDRESS               DATE OF               ENVIRONMENTAL
AND ADDRESS             OF GOVERNMENTAL UNIT           NOTICE                LAW


American LegalNet, Inc.
www.FormsWorkFlow.com

8

None ☒   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☒   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18. Nature, location and name of business**

None ☒   a. *If the debtor is an individual,* list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation,* list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ☒   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

---


American LegalNet, Inc.
www.FormsWorkFlow.com

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19.  Books, records and financial statements

None
☐
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                              DATES SERVICES RENDERED
Bernie Little P.O. Box 87 Kirkland, WA 98083                   2003 - present

None
☒
b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None
☐
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                              ADDRESS
Stonebridge Holdings,Inc                  1801 Century Park East Suite 2300 Los Angeles, Ca 90067

None
☒
d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                              DATE ISSUED

### 20.  Inventories

None
☒
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.



DOLLAR AMOUNT
OF INVENTORY
(Specify cost, market or other
basis)

DATE OF INVENTORY      INVENTORY SUPERVISOR

None
☒    b. List the name and address of the person having possession of the records of each of the inventories reported
in a., above.

NAME AND ADDRESSES OF
CUSTODIAN
DATE OF INVENTORY      OF INVENTORY RECORDS

---

**21.   Current Partners, Officers, Directors and Shareholders**

None
☒    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the
partnership.

NAME AND ADDRESS      NATURE OF INTEREST      PERCENTAGE OF INTEREST

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who
directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the
corporation.

NATURE AND PERCENTAGE
NAME AND ADDRESS      TITLE      OF STOCK OWNERSHIP
see attachment 21(b)

---

**22.   Former partners, officers, directors and shareholders**

None
☒    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately
preceding the commencement of this case.

NAME      ADDRESS      DATE OF WITHDRAWAL

None
☒    b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated
within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS      TITLE      DATE OF TERMINATION


American LegalNet, Inc.
www.FormsWorkFlow.com

11

---

**23**. **Withdrawals from a partnership or distributions by a corporation**

None


If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None


If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None


If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|---|---|

\* \* \* \* \* \*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____   Signature
                                 of Debtor   _____

Date _____   Signature of
                                 Joint Debtor
                                 (if any)   _____


American LegalNet, Inc.
www.FormsWorkFlow.com

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge information and belief

Date ___November 17th, 2010___    Signature _____

                                   Print Name and    Michael R Lombardi, President of
                                   Title             Managing Member

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor ]

<u>2</u> continuation sheets attached

*Penalty for making a false statement Fine of up to $500 000 or imprisonment for up to 5 years or both  18 U S C  §§ 152 and 3571*

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that. (1) I am a bankruptcy petition preparer as defined in 11 U S C  § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U S C  §§ 110(b)  110(h), and 342(b): and, (3) if rules or guidelines have been promulgated pursuant to 11 U S C  § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers  I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor  as required by that section

_____          _____
Printed or Typed Name and Title  if any  of Bankruptcy Petition Preparer          Social-Security No  (Required by 11 U S C  § 110 )

*If the bankruptcy petition preparer is not an individual  state the name  title (if any)  address  and social-security number of the officer  principal responsible person  or partner who signs this document*

_____
Address

_____          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document  unless the bankruptcy petition preparer is not an individual

If more than one person prepared this document  attach additional signed sheets conforming to the appropriate Official Form for each person

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both  18 U.S.C. § 156.*


American LegalNet, Inc.
www.FormsWorkFlow.com

Westside Medical Park LLC -    Case No.  2:10-bk - 57457-VZ
Item 3 C - Payments made to insiders within one year of filing

| Name and address of creditor<br>Relationship to debtor | Date of payment | Amount paid |
|---|---|---|
| Stonebridge Holdings, Inc<br>1801 Century Park East, Suite 2300<br>Los Angeles, CA  90067 | | |
| managing member of debtor | Nov-09 | 95,000 |
| | Dec-09 | 80,000 |
| | Jan-10 | 90,000 |
| | Feb-10 | 55,000 |
| | Mar-10 | 69,500 |
| | Apr-10 | 84,500 |
| | May-10 | 119,000 |
| | Jun-10 | 131,500 |
| | Jul-10 | 50,000 |
| | Aug-10 | 67,100 |
| | Sep-10 | 29,000 |
| | Oct-10 | 95,500 |
| | | 966,100 |
| James C. Evans<br>8129 South 350 East<br>Lafayette, IN 47909 | | |
| LLC member | Dec-09 | 11,748 |

## **STATEMENT OF FINANCIAL AFFAIRS**

Schedule 21(b)

Stonebridge Holdings, Inc.-80% interest-Managing Member

Michael R. Lombardi, President, Stonebridge Holdings, Inc.

The Nelson Living Trust 7.770% interest

B 203
(12/94)

# United States Bankruptcy Court

### __CENTRAL__    District Of    __CALIFORNIA__

**In re**
WESTSIDE MEDICAL PARK, LLC.

Case No. 2:bk-10-57457-VZ

**Debtor**

Chapter 11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................................................... $____150,000.00

   Prior to the filing of this statement I have received ................................................... $____150,000.00

   Balance Due ..................................................................................................... $_____0.00

2. The source of the compensation paid to me was:

   ☒ Debtor          ☒ Other (specify) Members of the Debtor

3. The source of compensation to be paid to me is:

   ☒ Debtor          ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

American LegalNet, Inc.
www.USCourtForms.com

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR (Continued)**

    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

11/15/10                                          s/John P. Kreis
_____        _____
*Date*                                                *Signature of Attorney*

                    John P. Kreis, PC
                   _____
                         *Name of law firm*

---

American LegalNet, Inc.
www.USCourtForms.com

Verification of Creditor Mailing List - (Rev 10/05)                                          2003 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name  John P. Kreis (103737)

Address  350 S  Grand Avenue
Los Angeles, CA 90071

Telephone  213.613.1049

☒  Attorney for Debtor(s)
☐  Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years:<br><br>WESTSIDE MEDICAL PARK, LLC | Case No : 2:10-bk-57457-VZ |
| | Chapter: 11 |
| | |

# AMENDED VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached amendedMaster Mailing List of creditors, consisting of __7__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:  11/16/10

_____
Debtor
Michael R  Lombardi, President of Managing Member of Debtor

s/John P. Kreis
_____
Attorney (if applicable)
John P  Kreis (103737)

_____
Joint Debtor

American LegalNet, Inc
www.USCourtForms.com

## AMENDED MASTER MAILING LIST

WESTSIDE MEDICAL PARK LLC
1801 Century Park East, 23rd Flr.
Los Angeles, CA 90067-2325

John P Kreis
John P Kreis, PC
350 S Grand Ave Ste 1520
Los Angeles, CA 90071-3471

Office of the US Trustee
725 S. Figueroa St.
Los Angeles, CA 90017

IRS Mail Drop 5027
300 N. Los Angeles St.
Los Angeles, CA 90012

Franchise Tax Board
POB 2952
Sacramento, CA 95812-2952

Merlone Geier Partners, LP
425 California Street, 11th Floor
San Francisco, CA 94104

Tectonics Construction, Inc.
1005 W. 190th Street
Gardena, CA 90248

A.C.Martin Partners, Inc.
444 S. Flower Street, Suite 1200
Los Angeles, CA 90071

Alston & Bird, LLP
333 S. Hope Street, 16th Floor
Los Angeles, CA 90071

Armbruster, Goldsmith & Delvac, LLP
10940 Wilshire Blvd., Suite 2100
Los Angeles, CA 90024

Bowyer Environmental Consulting, Inc.
17011 Beach Blvd., Suite 900
Huntington Beach, CA 92647

Burnside & Associates, Inc.
1311 S. Tremaine Avenue
Los Angeles, CA 90019

Cerrell Associates
320 N. Larchmont Blvd.
Los Angeles, CA 90004

Christopher A. Joseph & Associates, Inc.
c/o Mary O'Neill
4640 Admiralty Way, 5th Floor
Marina Del Rey, CA 90292

Dakota Communications
2999 Overland Avenue, Suite 210
Los Angeles, CA 90064

Garfield & Tepper
1801 Century Park East, Suite 2300
Los Angeles, CA 90067

Hirsch/Green Transportation Consulting Inc.
13333 Ventura Blvd., Suite 204
Sherman Oaks, CA 91423

Irell & Manella, LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067

Katten Muchin Rosenman, LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067

City of Los Angeles
200 N. Spring Street, Room 570
Los Angeles, CA 90012

Los Angeles Area Chamber of Commerce
350 S. Bixel Street
Los Angeles, CA 90017

Muir-Chase Plumbing, Inc.
4530 Brazil Street
Los Angeles, CA 90039

Riggs & Riggs
4195 Valley Fair Street, Suite 207
Simi Valley, CA 93063

Saf-r-Dig
41-905 Boardwalk, Suite A
Palm Desert, CA 92211

Shimahara Illustration
2601 Ocean Park Blvd., Suite 114
Santa Monica, CA 90405

Walden Partners
5482 Wilshire Blvd.
Los Angeles, CA 90036

Jeff Crossland
1223 Wilshire Blvd., # 1012
Los Angeles, CA 90403

James C. Evans
8129 South 350 East
Lafayette, IN 47909

Ronald A. Nelson
7374 Shiloh Ridge Road
Santa Rosa, CA 95403

William Lippman Trust
10361 Lindbrook Drive
Los Angeles, CA 90024

Richard A. Stonely
1820 Crystal View Circle
Newbury Park, CA 91320

Patricia A. Page
902 Blue Spring Drive
Westlake Village, CA 91361

Patrick & Dominique Cindric
11808 Hesby Street
Valley Village, CA 91607


Bernie Little
P.O. Box 87
Kirkland, WA  98083-0087


David Yamamoto
12062 Juniette Street
Culver City, CA 90230


Cosco Fire Protection, Inc.
1075 W. Lambert Road, Bldg. D
Brea, CA 92821-2944


The Nelson Living Trust
7374 Shiloh Ridge Road
Santa Rosa, CA 95403


The Lippman Living Trust
10361 Lindbrook Drive
Los Angeles, CA 90024


John and Laura Fisher
877 Blue Spring Dr.
Westlake Village, CA 91361


Edward L Schneider
1946 N. Serrano Avenue
Los Angeles, CA 90027

James W and Dawn M Feeney Trust
2526 Young Avenue
Thousand Oaks, CA 91360

Joel Davis and Eva W. Davis Trust
315 Oceano Drive
Los Angeles, CA 90049

Richard A Stonely and Suzan D Stonely Living Trust
1820 Crystal View Circle
Newbury Park, CA 91320

David P and Patricia A Page
902 Blue Spring Drive
West Lake Village, CA 91361

Felber/Erickson Revocable Trust
2210 Third St., #107
Santa Monica, CA 90405

The David L Evans Trust
8129 South 350 East
Lafayette, IN 47909

Stonebridge Holdings, Inc.
1801 Century Park East, 23rd Fl
Los Angeles, CA 90067-2325

Legal Vision Consulting Group, Inc.
1801 Century Park East, #350
Los Angeles, CA 90067-2325

First American Title Insurance Company
777 South Figueroa Street, Ste 400
Los Angeles, CA 90017

Dominique F Cindric
11808 Hesby Street
Valley Village, CA 91607

Stanley Miks
11043 Westwood Blvd.
Culver City, CA 90230

Breen Engineering, Inc.
1983 West 190th Street, Ste. 200
Torrance, CA 90504

Los Angeles Department of Water and Power
111 North Hope Street, Room 1550
Los Angeles, CA 90012-2694