PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL STURTEVANT SBN 089395
ASSISTANT UNITED STATES TRUSTEE
DARE LAW, SBN 155714
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
725 South Figueroa Street, Suite 2600
Los Angeles, California 90017
Telephone: (213) 894-4925; Facsimile: (213) 894-2603
E-mail: dare.law@usdoj.gov

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| WESTSIDE MEDICAL PARK, LLC., | Case No. 2:10-bk-57457-VZ |
| Debtor. | **NOTICE OF APPOINTMENT AND APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS** |
| | (No Hearing Required) |

Pursuant to 11 U.S.C. Section 1102(a), the undersigned hereby appoints the following four (4) Creditors to serve on the Committee of Creditors holding unsecured claims:

SEE EXHIBIT A ATTACHED

Dated: 12/28/10

PETER C. ANDERSON
United States Trustee

By _____
Jill Sturtevant
Assistant United States Trustee

|   |   |
|---|---|
| 1 | **EXHIBIT A** |
| 2 | In re: WESTSIDE MEDICAL PARK, LLC.; 2:10-bk-57457-VZ |
| 3 | Dakota Communications |
|   | Attn: Rick Taylor, Partner |
| 4 | 2999 Overland Ave., #210 |
|   | Los Angeles, CA 90064 |
| 5 | Telephone: (310) 815-8444 |
|   | E-mail: rick@dakcomm.com |
| 6 |   |
|   | Burnside & Associates, Inc. |
| 7 | Attn: Sue Burnside, Owner |
|   | 1311 S. Tremaine Avenue |
| 8 | Los Angeles, CA 90019 |
|   | Telephone: (323) 931-5501 ext. 203 |
| 9 | E-mail: fieldhard@earthlink.net |
| 10 | Argo Group US, Inc. |
|   | Attn: Byron L. LeFlore, Jr., Executive Counsel |
| 11 | 10101 Reunion Place, Suite 500 |
|   | San Antonio, TX 78216 |
| 12 | Telephone: (210) 321-8459 |
|   | Business Mobile: (210) 710-0101 |
| 13 | E-mail: bleflore@argogroupus.com |
| 14 | A.C. Martin Partners, Inc. |
|   | Attn: Christopher C. Martin, Chief Executive Officer |
| 15 | 444 South Flower Street, Suite 1200 |
|   | Los Angeles, CA 90071 |
| 16 | Telephone: (213) 614-6102 |
|   | E-mail: ccm@acmartin.com |
| 17 |   |
| 18 | /// |
| 19 | /// |
| 20 | /// |
| 21 |   |
| 22 |   |
| 23 |   |
| 24 | 2 |
| 25 |   |
| 26 |   |
| 27 |   |
| 28 |   |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**725 South Figueroa Street, Suite 2600, Los Angeles, California 90017-1574**

A true and correct copy of the foregoing document described as: **NOTICE OF APPOINTMENT AND APPOINTMENT OF COMMITTEE OF CREDITOR'S HOLDING UNSECURED CLAIMS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **12/29/2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒    Service information continued on attached page

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On **12/29/2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒    Service information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **12/29/2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed. **Upon filing I will be giving a filed document to a Court delivery service consistent with our normal business practice, with instruction to deliver the copy to the chamber bin Outside Suite1360 for the Honorable Vincent P. Zurzolo.**

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 29, 2010 | Carol Fusilier | _Carol Fusilier_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                             **F.9013-3.1.PROOF.OF.SERVICE**

**ADDITIONAL SERVICE INFORMATION**

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- David Guess    dguess@ktbslaw.com
- John P Kreis    jkreis@attglobal.net
- Dare Law    dare.law@usdoj.gov
- Leib M Lerner    leib.lerner@alston.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL:**

**Debtor:**
Westside Medical Park, Llc
1801 Century Park East
23rd Floor
Los Angeles, CA 90067

**Debtor's Counsel:**
John P Kreis
350 S Grand Ave Ste 1520
Los Angeles, CA 90071

**Committee of Creditors:**
Dakota Communications
Attn: Rick Taylor, Partner
2999 Overland Ave., #210
Los Angeles, CA 90064

Burnside & Associates, Inc.
Attn: Sue Burnside, Owner
1311 S. Tremaine Avenue
Los Angeles, CA 90019

Argo Group US, Inc.
Attn: Byron L. LeFlore, Jr., Executive Counsel
10101 Reunion Place, Suite 500
San Antonio, TX 78216

A.C. Martin Partners, Inc.
Attn: Christopher C. Martin, Chief Executive Officer
444 South Flower Street, Suite 1200
Los Angeles, CA  90071

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    F.9013-3.1.PROOF.OF.SERVICE