JOHN P. KREIS (BAR NO. 103737)
JOHN P. KREIS, PC
350 S. Grand Ave., Suite 1520
Los Angeles, CA 90071-3471
Tel: 213.613.1049
Fax: 213.330.0258
Email: jkreis@attglobal.net

Proposed Counsel for
Debtor and Debtor in Possession

FILED & ENTERED

JAN 11 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoar DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

In re:

WESTSIDE MEDICAL PARK, LLC, a California limited liability company,
    Debtor.

**Case No.:** 2:10-bk-57457-VZ

Chapter 11

**ORDER APPROVING APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY GARFIELD & TEPPER AS SPECIAL LITIGATION COUNSEL**

LBR 2014-1(b)(4)

NO HEARING REQUIRED

    UPON CONSIDERATION of the application to employ Garfield & Tepper (the "Firm") as special litigation counsel filed by Westside Medical Park, LLC, debtor and debtor in possession, and good cause having been shown, IT IS HEREBY ORDERED that the application is granted.

####

DATED: January 11, 2011

_____
United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 350 S. Grand Avenue, Suite 1520, Los Angeles, California 90071.

A true and correct copy of the foregoing document described **ORDER APPROVING APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY GARFIELD & TEPPER AS SPECIAL LITIGATION COUNSEL** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On December 23, 2010, checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On December 23, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 23, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☒ **Service information continued on attached page**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/23/10 | Vicki Berndt | s/ Vicki Berndt |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                          **F 9021-1.1**

**Service via Email**

A.C. Martin Partners, Inc.
ccMartin@acmartin.com

Armbruster, Goldsmith & Delvac, LLP
dale@agd-landuse.com

Bowyer Environmental Consulting, Inc.
brettbowyer@bowyerenvironmental.com

Burnside & Associates, Inc.
fieldhack@earthlink.net

Cerrell Associates
Kristen@cerrell.com

Christopher A. Joseph & Assocs., Inc.
attorneymoneill@me.com

Dakota Communications
rick@dakcomm.com

Garfield & Tepper
scottjtepper@msn.com

Hirsch/Green Transportation Consulting Inc.
Ron@hgtraffic.com

Irell & Manella, LLP
Rzeitinger@irell.com

Katten Muchin Rosenman, LLP
Benny.Westreich@kattenlaw.com

Los Angeles Area Chamber of Commerce
davide@lachamber.org

Muir-Chase Plumbing, Inc.
jay@muirchase.com

Riggs & Riggs
jriggs@riggsandriggs.com

Saf-r-Dig
lmccracken@safrdig.com

Walden Partners
jw@waldenpartners.com

Jeff Crossland
jeff@crosscapp.com

Breen Engineering, Inc.
Dace@breeneng.com

Curb Your Enthusiasm
erinnoodle@aol.com

Tectonics Construction.Inc.
info@tectonics.net

Thos. Casparian
Gilcrest & Rutter
tcasparian@gilchristrutter.com

Ronald A. Nelson
Rnelson475@aol.com

AGI Properties
bleflore@argonautgroup.com

BAR K, Inc.
Kelly@bar-kmortgage.com

Leib M Lerner on behalf of Alston & Bird LLP
leib.lerner@alston.com

Michael R. Lombardi, on behalf of Westside Medical Park, LLC
mlombardi@stonebridgeholdings.com

Peter Merlone on behalf of Creditor Merlone Geier Partners, L.P.
pmerlone@merlonegeier.com

David Guess on behalf of Creditor Merlone Geier Partners, L.P
dguess@ktbslaw.com

Dare Law-UST
dare.law@usdoj.gov

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  **F 9021-1.1**

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER APPROVING APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY SPECIAL LITIGATION COUNSEL**   was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of December 23, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

David Guess on behalf of Creditor Merlone Geier Partners, L.P. dguess@ktbslaw.com
Leib M Lerner on behalf of Interested Party Courtesy NEF leib.lerner@alston.com
Dare Law on behalf of U.S. Trustee United States Trustee (LA) dare.law@usdoj.gov
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
John P Kreis on behalf of Debtor Westside Medical Park, LLC jkreis@attglobal.net

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Debtor
Westside Medical Park, LLC
1801 Century Park East
23rd Floor
Los Angeles, CA 90067

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  **F 9021-1.1**